IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00186-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JEREMY TODD BROWN,

 Defendant.

---

## MOTION FOR DETERMINATION OF MENTAL COMPETENCY TO STAND TRIAL OR OTHERWISE PROCEED AND FOR A PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

---

 Undersigned counsel, on behalf of the Defendant Jeremy Brown, hereby moves this Court to hold a hearing to determine whether Mr. Brown is competent to stand trial in this matter, and prior to the hearing to appoint a psychiatrist or psychologist to examine the Defendant and provide the Court and the parties with a report pursuant to the provisions of 18 U.S.C. § 4247(b).  Counsel states the following grounds:

 1. Defense counsel believes that "there is reasonable cause to believe that the defendant Jeremy Brown may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  18 U.S.C. § 4241(a).

 2. Mr. Brown has previously been diagnosed with a mental health illness.

3. In addition to having a history of schizophrenia, Mr. Brown has been detained in this case during an extremely difficult time where many people who do not have a history of a mental health illness such as schizophrenia, have had mental health difficulties.

4. Mr. Brown has been limited to phone contact with his attorney. He, like most people during this time of Covid-19 restrictions has had his contact with other people limited.

5. The circumstances set forth in Paragraphs three and four, have made things very difficult on Mr. Brown. While maintaining the attorney-client privilege, undersigned counsel will say that during these communications, counsel determined that the filing of this Motion was appropriate.

6. Mr. Brown has had his competence evaluated before in state proceedings.

7. Mr. Brown has a documented history of mental health conditions.

8. Undersigned counsel is in the process of obtaining as many of those records as he can.

9. Upon the filing of a motion for a competency hearing, if the Court finds that such reasonable cause exists, the Court "shall grant the motion." 18 U.S.C. § 4241(a).

10. If the Court grants the motion for a competency hearing, the Court "may order that a psychiatric or psychological examination of the defendant be conducted…" 18 U.S.C. § 4241(b). Because the existence, nature, and extent of any mental disease or defect are unknown at this time, it would appear that such an examination is the only

meaningful way for the Court to make a determination as to Mr. Brown's competency to move forward in this case.

11. Mr. Brown has filed a Notice of Disposition in this case.

12. Until Mr. Brown's competence is evaluated, undersigned counsel respectfully requests that the change of plea hearing be vacated and that any substantive hearing other than a competence hearing not be scheduled until Mr. Brown's competence to proceed is determined.

Respectfully submitted,

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com
**Attorney for Defendant Jeremy Todd Brown**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of January 2021, I electronically filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott