IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00186-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMY TODD BROWN,

    Defendant.

___

**MOTION REQUESTING A COMPETENCY HEARING**
___

    Mr. Brown through his counsel hereby requests a competency hearing pursuant to 18 USC § 4241(c) and 4247(d). As grounds Mr. Brown states the following:

    1.    Dr. Bograd filed her report regarding competency on March 25, 2021.

    2.    On March 26, 2021, this Honorable Court issued a Minute Order giving either party until April 9, 2021 to file a Motion requesting a hearing pursuant to 18 USC § 4241(c) and 4247(d). (Doc. No. 30).

    3.    This Court honored the request for a one-week extension for Mr. Brown to determine whether hearing on competency was warranted. (Doc. No. 32).

    4.    At this time Mr. Brown respectfully requests that a hearing be granted so that the Court may determine whether he is competent to proceed.

    Wherefore Mr. Brown respectfully requests that he be given a competency hearing.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com
  ***Attorney for Defendant Jeremy Todd Brown***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April 2021, I electronically filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

                                    s/ Sean McDermott
                                      Sean McDermott